Ethel Van Laaten and Carl Van Laaten, Jr., a Minor by Ethel Van Laaten, his Mother and Next Friend, Appellants, v. Chicago Athletic Association, Appellee.

Gen. No. 45,984.

Bernard H. Bertrand, for appellants; Foster I. Ray, Albert M. Howard, and Alvin G. Hubbard, for appellee. Opinion by JUSTICE ROBSON. **Not to be published in full.** Opinion filed September 29, 1953; released for publication November 12, 1953.